DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES DIVERONICA,** et al.,
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D21-669

[November 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE 14-012969-11B.

Kenneth D. Cooper, Fort Lauderdale, for appellant.

R. Shawn Hogue of K&L Gates LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***